FREE SYNAGOGUE OF WESTCHESTER, Respondent, v. MOUNT PLEASANT WESTCHESTER CEMETERY CORPORATION, Appellant.— In an action for a declaratory judgment determining the rights and obligations of the parties under a written agreement granting respondent the right to sell lots and plots in a cemetery owned by appellant, judgment determining and stating the rights and obligations of the parties, unanimously affirmed, with costs. No opinion. Present — Johnston, Acting P. J., Adel, Sneed, Wenzel and MacCrate, JJ.

■

In the Matter of MILDRED L. GILBERT et al., Appellants, against IRVING ZION et al., Constituting the Planning Board of the Village of Lawrence, et al., Respondents.— In a proceeding to review the determinations of the members of the board of trustees and the planning board of the Village of Lawrence, Nassau County, approving a subdivision plat and amending the official map and the master plan of the village, order dismissing the proceeding on the merits, etc., insofar as appealed from, unanimously affirmed, with $50 costs and disbursements. No opinion. Present — Nolan, P. J., Johnston, Adel, Sneed and MacCrate, JJ.

■

In the Matter of INCORPORATED VILLAGE OF HEMPSTEAD, NASSAU COUNTY, Respondent, Relative to Acquiring Title to Real Property Situated in Said Village for Use as Parking Places. OLAF BARD et al., Appellants.— In a condemnation proceeding, twelve claimants appeal from the final decree and from three intermediate orders. The first order, entered on January 18, 1949, referred the issue of damage awards and assessments to an Official Referee for hearing. The second order, entered May 11, 1949, referred to the said Official Referee, for hearing and report, the matter of objections to reports made by him. The third order, entered August 15, 1949, among other things, approved and confirmed the reports of the said Official Referee. Decree unanimously affirmed, with costs. Orders entered May 11 and August 15, 1949, unanimously affirmed, without costs. No opinion. The appeal from the order entered the 18th day of January, 1949, is dismissed, without costs. A previous appeal was taken from that order, upon which appeal the order was affirmed. (*Matter of Inc. Vil. of Hempstead* [*Truval Realty Corp.*], 275 App. Div. 785.) Present — Nolan, P. J., Carswell, Adel, Wenzel and MacCrate, JJ.